# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2441 Disciplinary Docket |
| | : | |
| Petitioner | : | No. 207 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 307141 |
| | : | |
| NICHOLE ASHLEY COLLINS, | : | (Dauphin County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of March, 2018, upon consideration of the Verified Statement of Resignation, Nichole Ashley Collins is disbarred on consent from the Bar of the Commonwealth of Pennsylvania, *see* Pa.R.D.E. 215, and she shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).